CLARK CARPENTER v. THE STATE.

No. 9012.    Delivered May 6, 1925.

Carrying a Pistol.

No statement of facts, nor bills of exception appearing in the record thr cause must be affirmed.

Appeal from the County Court of McLennan County. Tried below before the Hon. Giles P. Lester, Judge.

Appeal from a conviction of carrying a pistol; penalty, a fine of $100.00.

LATTIMORE, Judge.—From conviction in the county court of McLennan County for carrying a pistol this appeal is brought. Punishment a fine of $100.00.

There are no bills of exception in the record. The testimony for the State sufficiently shows appellant in possession of a pistol on the street in the town of Mart, McLennan County, Texas. The charge of the court follows the information which sufficiently states an offense against the law.

Finding no error in the record, the judgment will be affirmed.

*Affirmed.*